No. D–982. In re Disbarment of Pearson. Disbarment entered. [For earlier order herein, see 499 U. S. 916.]

No. D–985. In re Disbarment of Rogers. Disbarment entered. [For earlier order herein, see 499 U. S. 934.]

No. D–988. In re Disbarment of Anderson. Disbarment entered. [For earlier order herein, see 499 U. S. 945.]

No. D–991. In re Disbarment of LeLouis. Disbarment entered. [For earlier order herein, see 499 U. S. 957.]

No. D–992. In re Disbarment of Crowley. Disbarment entered. [For earlier order herein, see 499 U. S. 957.]

No. D–998. In re Disbarment of Susskind. Disbarment entered. [For earlier order herein, see 500 U. S. 931.]

No. D–999. In re Disbarment of Coleman. Disbarment entered. [For earlier order herein, see 500 U. S. 931.]

No. D–1000. In re Disbarment of Youmans. Disbarment entered. [For earlier order herein, see 500 U. S. 931.]

No. D–1002. In re Disbarment of Brazil. Disbarment entered. [For earlier order herein, see 500 U. S. 950.]

No. D–1003. In re Disbarment of Campbell. Disbarment entered. [For earlier order herein, see 500 U. S. 950.]

No. D–1015. In re Disbarment of Burke. Disbarment entered. [For earlier order herein, see ante, p. 1228.]

No. D–1022. In re Disbarment of Gelman. It is ordered that Stanley Bernard Gelman, of Jacksonville, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1023. In re Disbarment of Matney. It is ordered that Harold V. Matney, Jr., of Gardner, Kan., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.